No. 85–1043.   PILOT LIFE INSURANCE CO. *v.* DEDEAUX. C. A. 5th Cir.   [Certiorari granted, 478 U. S. 1004.]   Motion of

American Council of Life Insurance et al. for leave to file a brief as *amici curiae* granted.